IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MYRON VANCE VIVIAN,

      Plaintiff,                              No. CIV S-06-1125 DFL DAD P

    vs.

ROSKO, et al.,

      Defendants.                  <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to submit the necessary document for service pursuant to the court's order of March 20, 2007.  Good cause appearing, IT IS HEREBY ORDERED that:

        1.  Plaintiff's April 11, 2007 request for an extension of time is granted; and

        2.  Plaintiff is granted thirty days from the date of this order in which to submit the necessary documents for service.

DATED: April 23, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp
vivi1125.36