IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MYRON VANCE VIVIAN,

        Plaintiff,

   vs.

ROSKO, et al.,

        Defendants.

Case No. 2:06-cv-01125 JKS DAD P

ORDER

      Plaintiff, a former state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On November 30, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Neither party has filed objections to the findings and recommendations.

      Specifically, the magistrate judge recommended the action be dismissed because of Plaintiff's failure to exhaust administrative remedies.  The Court has reviewed the file and concurs with the magistrate judge that Defendants have carried their burden in demonstrating Plaintiff's failure to exhaust administrative remedies.

/////

/////

1

Accordingly, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations filed November 30, 2007, are adopted in full;

2. Defendants' August 8, 2007 motion to dismiss for failure to exhaust administrative remedies is granted;

3. This action is dismissed without prejudice; and

4. The Clerk shall enter judgment accordingly.

Dated this the 21st day of February 2008.

                                                /s/ James K. Singleton, Jr.
                                               **JAMES K. SINGLETON, JR.**
                                                United States District Judge